

Donna U. Grodner                                                          dgrodner@grodnerlaw.com

August 22, 2024
via electronic filing

United States Court of Appeals
Fifth Circuit
600 S. Maestri Place
New Orleans, La 70130

    Re:    **Ford v. McKesson, 24-30494**
              **USDC No. 3:16-CV-742**

To whom it may concern:

    In response to the letter of advisement issued on August 21, 2024, please be advised that counsel for Black Lives Matter Network, Inc., is as follows:

Chloé M. Chetta (she/her)
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350 | New Orleans, LA  70112
Direct: (504) 589-9731 | Main: (504) 589-9700 | Fax: (504) 589-9701
cchetta@barrassousdin.com | www.barrassousdin.com

    Your courtesies regarding this matter is appreciated.

                                                                                       Sincerely,

                                                                                       Donna U. Grodner

DUG/dkl